**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA**

    vs.                                                                           **8:25-cr-00422 (MAD)**

**JAGMEET SINGH OBEROI,**

        **Defendant.**

---

**Mae A. D'Agostino, U.S. District Judge:**

        **ORDER GRANTING EMERGENCY STAY OF RELEASE ORDER**

    A motion having been filed by this date by the government, Assistant United States Attorneys Douglas Collyer and Nicholas Walter, appearing, seeking an emergency stay of the order of the magistrate judge to release the defendant Jagmeet Singh Oberoi granted on January 9, 2026;

    It is hereby ORDERED that the decision and order of the magistrate judge releasing the defendant is hereby STAYED and that the defendant shall remain in the custody of the United States Marshal Service pending a decision by this Court on the forthcoming Government's motion to revoke the release order under 18 U.S.C. § 3145(a):

    It is further ORDERED that the United States shall submit an opening brief in support of its motion to revoke release by **Wednesday, January 14, 2026 by 5:00 p.m.**;

    It is further ORDERED that the defendant shall submit a response by **Friday, January 16, 2026 by 5:00 p.m**..  No additional briefing will be permitted, unless otherwise directed by the Court.

Dated: January 12, 2026

*[signature]*
Mae A. D'Agostino
U.S. District Judge